KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CSBN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue; Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6488
    FAX: (415) 436-7234
    derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0808 MAG |
|     Plaintiff, ) | STIPULATION AND ORDER TO EXCLUDE TIME |
|     v. ) | |
| KARLA ESMERALDA BRIJIL-VILLA, ) | SAN FRANCISCO VENUE |
|     Defendant. ) | |

    On December 19, 2006, the parties in this case appeared before the Court for an Initial Appearance. At that time, the parties stipulated that the matter would be continued until June 19, 2008, and that time should be excluded from the Speedy Trial Act calculations from December 19, 2006 through June 19, 2008, for a period of pretrial diversion. See 18 U.S.C. § 3161(h)(2). The parties agree that pretrial diversion is an appropriate disposition of this case and that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Accordingly, the parties agree that the prosecution will be deferred for an eighteen-month period of time for Ms. Brijil-Villa to demonstrate good conduct under the

//

Stipulation and [Proposed] Order
CR 06-0808 MAG

conditions of a pretrial diversion program.

**IT IS SO STIPULATED**.

                                                         Respectfully submitted,

                                                         KEVIN V. RYAN
                                                         United States Attorney

DATED: 01/04/07                          /s/ Derek R. Owens

                                                         DEREK R. OWENS
                                                         Special Assistant U.S. Attorney

DATED: 01/05/07                          /s/ Daniel P. Blank

                                                         DANIEL P. BLANK
                                                         Attorney for Defendant Brijil-Villa

     As the Court found on December 19, 2006, and for the reasons stated above, the Court finds that an exclusion of time between December 19, 2006 and June 19, 2008 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from December 19, 2006 through June 19, 2008, for deferral of prosecution by the United States for the purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial diversion program.

**IT IS SO ORDERED.**

DATED: January 10, 2007

                                                         BERNARD ZIMMERMAN
                                                        United States Magistrate Judge

Stipulation and [Proposed] Order
CR 06-0808 MAG