1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYSBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone:  (415) 436-6809
7      Fax:  (415) 436-7234
       Email: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR 06-0808 MAG
                                     )
14          Plaintiff,                )
                                     )   **MOTION AND [PROPOSED] ORDER
15      v.                            )   TO DISMISS INFORMATION**
                                     )
16  KARLA ESMERALDA BRIJIL-VILLA,    )
                                     )
17          Defendant.                )
                                     )
18

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California moves to dismiss the above

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

DISMISSAL OF INFORMATION
CR 06-0808 MAG

1  Information with prejudice.  The defendant has successfully completed her pretrial diversion
2  program.

                                            Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

8  DATED: __6/9/08_____         _____/S/_____
                                            WENDY THOMAS
9                                           Special Assistant United States Attorney

11     The Court hereby grants leave to dismiss the above Information with prejudice.

13  DATED: __June 10, 2008_____       _____
14                                           BERNARD ZIMMERMAN
                                         United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Bernard Zimmerman]*

DISMISSAL OF INFORMATION
CR 06-0808 MAG